IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHNELYN WILSON BISHOP                                                              PLAINTIFF

v.                                    NO. 4:18-CV-6-JLH-BD

SOCIAL SECURITY ADMINISTRATION                                                      DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Beth Deere. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and Plaintiff Johnelyn Wilson Bishop's Complaint (*Doc. 2*) is DISMISSED with prejudice.

DATED this 30th day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE