# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JOHNELYN WILSON BISHOP                                                                PLAINTIFF

v.                                      NO. 4:18CV00006-JLH-BD

SOCIAL SECURITY ADMINISTRATION                                                    DEFENDANT

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 30th day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE